| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>☒ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Mark<br>First name<br><br>H.<br>Middle name<br><br>Santoyo<br>Last name and Suffix (Sr., Jr., II, III) | Wendy<br>First name<br><br>N.<br>Middle name<br><br>Santoyo<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | AKA Wendy Natalie Santoyo |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6662 | xxx-xx-6059 |

| Debtor 1 | Mark H. Santoyo |
| Debtor 2 | Wendy N. Santoyo |

Case number *(if known)* _____

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |
| **5.** | **Where you live** | 3122 Raymond Avenue <br> Brookfield, IL 60513 <br> Number, Street, City, State & ZIP Code <br><br> Cook <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br> _____ | *Check one:* <br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br> _____ |

Debtor 1 Mark H. Santoyo
Debtor 2 Wendy N. Santoyo

Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   Mark H. Santoyo  
Debtor 2   Wendy N. Santoyo                                                                 Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

| Debtor 1 | Mark H. Santoyo | | |
|---|---|---|---|
| Debtor 2 | Wendy N. Santoyo | | Case number *(if known)* |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Mark H. Santoyo | | |
|---|---|---|---|
| Debtor 2 | Wendy N. Santoyo | Case number (if known) | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Mark H. Santoyo | /s/ Wendy Santoyo |
|---|---|
| Mark H. Santoyo | Wendy N. Santoyo |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  October 14, 2024 | Executed on  October 14, 2024 |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | Mark H. Santoyo | | |
|---|---|---|---|
| Debtor 2 | Wendy N. Santoyo | Case number *(if known)* | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Joel Schechter          Date   October 14, 2024
Signature of Attorney for Debtor          MM / DD / YYYY

Joel Schechter
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0267          Email address   joelschechter1953@gmail.com

3122099 IL
Bar number & State

Debtor 1 Mark H. Santoyo
Debtor 2 Wendy N. Santoyo                                                   Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both, 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____           _____
Mark H. Santoyo                                           Wendy N. Santoyo
Signature of Debtor 1                                     Signature of Debtor 2

Executed on   October 14, 2024              Executed on   October 14, 2024
              MM / DD / YYYY                              MM / DD / YYYY

| Debtor 1 | Mark H. Santoyo |
|---|---|
| Debtor 2 | Wendy N. Santoyo |

Case number (if known) _____

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. | |
|---|---|---|
| If you are not represented by an attorney, you do not need to file this page. | | |
| | X /s/ Joel Schechter | Date October 14, 2024 |
| | Signature of Attorney for Debtor | MM / DD / YYYY |
| | Joel Schechter | |
| | Printed name | |
| | Law Offices of Joel A. Schechter | |
| | Firm name | |
| | 53 West Jackson Blvd | |
| | Suite 1522 | |
| | Chicago, IL 60604 | |
| | Number, Street, City, State & ZIP Code | |
| | Contact phone (312) 332-0267 | Email address joelschechter1953@gmail.com |
| | 3122099 IL | |
| | Bar number & State | |

Advocate
c/o LJ Ross Associates, Inc,.
P.O. Box 6099
Jackson, MI 49204


Advocate Health Care
29950 Network Place
Chicago, IL 60673-1299


Advocate Medical Group
c/o Alliance Collection Agencies, Inc.
P.O. Box 1267
Marshfield, WI 54449


Affirm
650 California Street 12th Floor
San Francisco, CA 94108-2716


Alliance Collection Agencies, Inc.
P.O. Box 1267
Marshfield, WI 54449-7267


Alliance One Receivables Management
P.O. Box 3100
Southeastern, PA 19398-3100


American Express
P.O. Box 981537
El Paso, TX 79998-1537


Amita Health
P.O. Box 211286
Eagan, MN 55121


Arthur Chester Czaja
7521 North Milwaukee Avenue
Niles, IL 60714


Augustina Campos
3551 West Fullerton Avenue
Chicago, IL 60647


Barclay's Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803


Barrington Bank & Trust
201 S. Hough St.
Barrington, IL 60010-4321


Best Buy
P.O. Box 9001007
Louisville, KY 40290-1007

Blitt and Gaines, P.C.
775 Corporate Woods
Vernon Hills, IL 60061

Campos and Santoyo Real Estate Inc.
3551 West Fullerton Avenue
Chicago, IL 60647

Capital One
P.O. Box 31293
84131-1293

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-1293

Capital One Bank USA, N.A.
P.O. Box 31293
Salt Lake City, UT 84131-1293

Card Services
P.O. Box 15369
Wilmington, DE 19850-5369

CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613-6976

Celia Meza, Corporation Counsel
2 N. LaSalle St. Suite 320
Chicago, IL 60602

Chase
Cardmember Services P.O. Box 6294
Carol Stream, IL 60197-6294

Cibrook Ltd.
3122 Raymond Avenue
Brookfield, IL 60513

Cibrook, Ltd.
3122 Raymond Avenue
Brookfield, IL 60513

Citibank, N.A.
c/o ARS National Services, Inc.
P.O. Box 469100
Escondido, CA 92046-9100

Citibank, N.A.
c/o Radius Global Solutions
P.O. Box 390905
Minneapolis, MN 55439

Citibank, N.A.
c/o Radius Global Solutions, LLC
7831 Glenroy Road Suite 250
Minneapolis, MN 55429


Citicards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108


City of Chicago
Department of Buildings
City Hall 121 North LaSalle Street
Chicago, IL 60602


Codilis & Associates, P.C.
15W030 North Frontage Road Suite 100
Willowbrook, IL 60527


College Avenue Student Loans
c/o University Accounting Service, LLC
4099 McEwen Road, Suite B
Dallas, TX 75244-5863


Comcast Cable
P.O. Box 60533
City of Industry, CA 91716


Comenity Bank/Bonton
P.O. Box 182789
Columbus, OH 43218-2789


Comenity Capital/Floor Decor
P.O. Box 182120
Columbus, OH 43218-2120


Country Mutual Insurance Company
P.O. Box 2100
Bloomington, IL 61702-2100


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


Department of Education
121 South 13th Street
Lincoln, NE 68508-1904


Discover
P.O. Box 30939
Salt Lake City, UT 84130-0939


DuPage Emergency Physicians Convenient
P.O. Box 95305
Chicago, IL 60694-5305

DuPage Emergency Physicians Convenient
P.O. Box 2168
Edmond, OK 73083


Enerbank
c/o Regions Bank P.O. Box 30122
Salt Lake City, UT 84130-0122


Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240-0628


Fortiva
Account Services P.O. Box 105555
Atlanta, GA 30348-5555


Francisco Romero
7328 West 56th Street
Summit Argo, IL 60501


Genesis Orthopedics and Sports Medicine
2425 West 22nd Street Suite 103
Oak Brook, IL 60523


Great Lakes Pathologists
c/o Oliver Adjustment Company
3416 Roosevelt Road
Kenosha, WI 53142


HOF I Grantor Trust 5
c/o Ira T. Nevel 175 North Franklin
Chicago, IL 60606


Home Depot Credit Services
P.O. Box 9001010
Louisville, KY 40290-1010


Huntington National Bank
P.O. Box 1558 Dept. EA4W25
Columbus, OH 43216-1558


ICS Collection Service
P.O. Box 1010
Tinley Park, IL 60477


Illinois Institute of Tech
Attn: Recovery Select
c/o ECSI P.O. Box 1287
Moon Township, PA 15108-4354


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
ACS Support-Stop 813G P.O. Box 145566
Cincinnati, OH 45250-5566


Itria Ventures, LLC
c/o Gutnicki LLP
4711 Golf Road, Suite 200
Skokie, IL 60076


Jacob Fence and Gate Corp.
3136 S 52nd Court
Cicero, IL 60804


Jacob Karbin
5500 Pearl Street Suite 105
Rosemont, IL 60018


Jesus Reynaga
649 Blake Court
Carol Stream, IL 60188


Jorge Duenas
2975 Groveland Avenue
Riverside, IL 60546


JP Morgan Chase Bank
c/o MRS BPO 1930 Olney Avenue
Cherry Hill, NJ 08003-2016


JP Morgan Chase Bank
c/o Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047


JPMCB Card Services
P.O. Box 15369
Wilmington, DE 19850-5369


Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223


Loan Funder LLC, Series 23897
c/o Ira T. Nevel 175 North Franklin
Chicago, IL 60606


Loan Funder LLC, Series 24062
c/o Ira T. Nevel 175 North Franklin
Chicago, IL 60606


Loan Funder LLC, Series 24419
c/o Ira T. Nevel 175 North Franklin
Chicago, IL 60606

Lowe's/Synchrony Bank
P.O. Box 530914
Atlanta, GA 30353-0914


Merchants Credit Association
P.O. Box 7416
Bellevue, WA 98008


Merchants Credit Guide
209 South LaSalle St. Suite 900
Chicago, IL 60604-1443


Midwest Diagnostic Pathology
c/o RMP Services LLC P.O. Box 630844
Cincinnati, OH 45263-0844


Midwest Pathology
c/o RMP Services, LLC P.O. Box 630844
Cincinnati, OH 45263-0844


Miramed Revenue Group
360 West 22nd Street
Lombard, IL 60148


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


ODK Capital LLC
5500 Pearl Street Suite 105
Rosemont, IL 60018


OneMain Financial Group, LLC
c/o Bruckert, Behme & Long, P.C.
1002 E. Wesley Drive Suite  100
O Fallon, IL 62269


People Gas Light
c/o Online Information Services, Inc.
P.O. Box 1489
Winterville, NC 28590-1489


Physicians Immediate Care
P.O. Box 8799
Carol Stream, IL 60197-8799


Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502


Professional Placement Services
272 North 12th Street
Milwaukee, WI 53233


Radius Global Solutions LLC
7831 Glenroy Road, Suite 250
Minneapolis, MN 55439


Radius Global Solutions LLC
P.O. Box 390905
Minneapolis, MN 55439


Sallie Mae
P.O. Box 3229
Wilmington, DE 19804-0229


Service Finance Company
555 South Federal Highway Suite 350
Boca Raton, FL 33432-6033


State Collection Services
628 North Street
Geneva, IL 60134


Sunpower Capital, LLC
P.O. Box 844863
Los Angeles, CA 90084-4863


SunPower Financial
P.O. Box 845073
Dallas, TX 75284-5073


SYNCB/Lowe's
P.O. Box 71727
Philadelphia, PA 19176-1727


Synchrony
c/o Portfolio Recovery Associates, LLC
P.O. Box 12903
Norfolk, VA 23541


Synchrony
c/o Portfolio Recovery Associates, LLC
P.O. Box 12903
Norfolk, VA 23541


Synchrony Bank/Lowe's
c/o Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061

Transworld Systems, Inc.
P.O. Box 15618
Wilmington, DE 19850-5618


U.S. Bank Trust, N.A.
c/o Stacia Ellyn Peterson
1771 West Diehl Road Suite 120
Naperville, IL 60563


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 43614


Upgrade
275 Battery St. 22nd Floor
San Francisco, CA 94111-3305


WebBank
c/o Klarna Customer Service
P.O. Box 8116
Columbus, OH 43201


Wintrust Mortgage
9700 W. Higgins Road Suite 300
Des Plaines, IL 60018


Wintrust Mortgage
P.O. Box 7608
Carol Stream, IL 60197-7608