UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN

| In Re: | ) | BK No.: 24-15824 |
|---|---|---|
| Mark H. Santoyo | ) | |
| Wendy N. Santoyo aka | ) | Chapter: 7 |
| Wendy Natalie Santoyo | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming before the court on the motion of Wilmington Savings Fund Society. FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust I ("Creditor") for relief from the automatic stay,

IT IS ORDERED:

(1) The motion is granted. The stay is modified so as not to restrain Creditor, its principals, agents, successors and/or assigns, from pursuing in rem non-bankruptcy remedies as to 1636 S. 50th Court, Cicero, IL 60804.

(2) The stay in Rule 4001(a)(3) does not apply to this order.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 27, 2024

**Prepared By:**

Peter C. Bastianen ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-22-05043