# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Mark H. Santoyo & Wendy N. Santoyo aka Wendy Natalie Santoyo

Case Number: 24-15824

An appearance is hereby filed by the undersigned as attorney for:
BREDS IV SERIES III

Attorney name (type or print): Timothy R. Yueill

Firm: Law Offices of Ira T. Nevel, LLC

Street address: 175 N. Franklin St., Ste. 201

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6192172
(See item 3 in instructions)

Telephone Number: 312-357-1125

Email Address: TimothyY@nevellaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/31/2025

Attorney signature: S/ Timothy R. Yueill
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015